**IN THE UNITED STATES DISTRICT COURT** FILED-WD
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION** 2003 FEB -3 AM 11: 51

U. S. DISTRICT COURT

| | | |
|---|---|---|
| **C. HALEH GIACONE** | ) | |
| | ) | |
| Plaintiff | ) | |
| vs. | ) | |
| | ) | |
| **MARENGO COMMUNITY HIGH** | ) | **Case No. 00 C 50307** |
| **SCHOOL DISTRICT NO. 154 and the** | ) | |
| **BOARD of EDUCATION of DISTRICT** | ) | |
| **NO. 154, COUNTY of MCHENRY,** | ) | |
| **STATE of ILLINOIS,** | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW COME the Defendants, MARENGO COMMUNITY HIGH SCHOOL DISTRICT
NO. 154 and the BOARD of EDUCATION of DISTRICT NO. 154, COUNTY of MCHENRY,
STATE of ILLINOIS, by and through one of their attorneys, Ellen B. Lynch of HINSHAW &
CULBERTSON, and the Plaintiff, C. HALEH GIACONE, by and through her attorney, Rene
Hernandez of the LAW OFFICES OF RENE HERNANDEZ, hereby jointly moving the Court to
dismiss the instant case with prejudice, inasmuch as all disputes have been resolved, settled,
compromised, and fully and finally disposed of, each party agreeing to bear its own attorney's
fees and costs of suit with regard to this cause of action.

70343315v1 787284



C. HALEH GIACONE,
Plaintiff

By:

Réne Hernandez
LAW OFFICES OF RENE HERNANDEZ

Date:  /- 2 9 - 0 3

MARENGO COMMUNITY HIGH
SCHOOL DISTRICT NO. 154 and the
BOARD of EDUCATION of DISTRICT
NO. 154, COUNTY of MCHENRY,
STATE of ILLINOIS,
Defendant

By:

Ellen B. Lynch
HINSHAW & CULBERTSON,

Date:  2/3/0 3

Prepared by:
HINSHAW & CULBERTSON
100 Park Avenue, P.O. Box 1389
Rockford, IL  61105-1389
(815) 963-8488

70343315v1 787284

## AFFIDAVIT OF SERVICE

The undersigned, pursuant to the provisions of Section 1-109 of the Illinois Code of Civil Procedure, hereby under penalty of perjury under the laws of the United States of America, certifies that on **February 3, 2003**, she served a copy of the parties' **Joint Motion to Dismiss with Prejudice** on the following:

> Rene Hernandez, Esq.
> Law Office of Rene Hernandez, P.C.
> 1625 East State Street
> Rockford, IL 61104

By depositing a copy thereof, enclosed in an envelope in the United States Mail at Rockford, Illinois, proper postage prepaid, before the hour of 5:00 P.M., addressed as above.

_Rebecca A. Toro_
Rebecca A. Toro

Prepared by:
HINSHAW & CULBERTSON
100 Park Avenue, P.O. Box 1389
Rockford, IL 61105-1389
(815) 963-8488

70343315v1 787284

FILED-WD

UNITED STATES DISTRICT COURT 03 FEB -3 AM 11: 51
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION            U. S. DISTRICT COURT

C. HALEH GIACONE                              )
                                              )
        Plaintiff                             )
                vs.                           )
                                              )
MARENGO COMMUNITY HIGH                        )   Case No. 00 C 50307
SCHOOL DISTRICT NO. 154 and the               )
BOARD of EDUCATION of DISTRICT                )
NO. 154, COUNTY of MCHENRY,                   )
STATE of ILLINOIS,

        Defendants

## NOTICE OF FILING

TO:     All Attorneys of Record

        PLEASE TAKE NOTICE THAT on **February 3, 2003**, I filed with the Clerk of
the United States District Court for the Northern District of Illinois, Western Division, the
parties' **Joint Motion to Dismiss with Prejudice**, a copy of which is herewith served upon you.


Date:     February 3, 2003                    MARENGO COMMUNITY HIGH SCHOOL
                                              DISTRICT NO. 154 and the BOARD of
                                              EDUCATION of DISTRICT NO. 154,
                                              COUNTY of MCHENRY, STATE of
                                              ILLINOIS,
                                              Defendants

                                              By:_____
                                                   ELLEN B. LYNCH
                                                   One of Its Attorneys


Prepared by:
HINSHAW & CULBERTSON
100 Park Avenue, P.O. Box 1389
Rockford, IL 61105-1389
(815) 963-8488


70343315v1 787284